```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 36006
   MICHAEL BRENDAN REILLY
   ANNIE ATTRACTA REILLY                         CHAPTER 13

                                                 JUDGE: JACQUELINE P COX
            Debtor
   SSN XXX-XX-7986     SSN XXX-XX-4827

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/28/2004 and was confirmed 11/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was paid in full 09/15/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          SECURED            400.00        13.32         400.00
ARONSON FURNITURE          UNSECURED          449.38          .00          67.41
DAIMLER CHRYSLER FINANCI   SECURED            821.39        32.57         821.39
BANK FIRST                 UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         8641.41          .00        1296.21
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED         6267.15          .00         940.07
CHICAGO MUNICIPAL EMPLOY   SECURED           4091.85       619.29        4091.85
CROSS COUNTRY BANK         UNSECURED       NOT FILED          .00            .00
FLEET CREDIT CARD SERVIC   UNSECURED         5437.56          .00         815.63
ECAST SETTLEMENT CORP      UNSECURED         2964.14          .00         444.62
PROVIDIAN                  UNSECURED       NOT FILED          .00            .00
SHERMAN ACQUISITION        UNSECURED         7412.30          .00        1111.85
SEARS                      UNSECURED          634.99          .00          95.25
SHERMAN ACQUISITION        UNSECURED          488.54          .00          73.28
DAIMLER CHRYSLER SERVICE   NOTICE ONLY    NOT FILED          .00            .00
SHERMAN ACQUISITION        UNSECURED         3374.36          .00         506.15
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                        883.25
DEBTOR REFUND              REFUND                                         162.25

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              15,074.39

PRIORITY                                     .00
SECURED                                  5,313.24

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 36006 MICHAEL BRENDAN REILLY & ANNIE ATTRACTA REILLY
```

```
     INTEREST                                                665.18
UNSECURED                                                  5,350.47
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                         883.25
DEBTOR REFUND                                                162.25
                                     ----------------   ----------------
TOTALS                                     15,074.39          15,074.39
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
   Dated: 12/22/08              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```